# EXHIBIT 11

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 1 of 2 |
| | Original Issue Date:<br>Last Revision Date: 2/22/08<br>This Revision Date: 7/09 | |
| **SUBJECT: SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

The East Greenwich Urgent Care/ Walk In Center of South County Hospital is a 4 examination room urgent /walk in care facility with services available Monday through Friday from 8:00A.M. to 6:00P.M. and Saturdays from 8:00 to 4:00 P.M. The facility is closed on Sundays and the following holidays: New Year's day, President's Day, Memorial Day, July 4th, Labor Day, Columbus Day, Thanksgiving and Christmas. This facility is operated by the South County Hospital Healthcare System. The building in which these varied services are provided is in compliance with applicable state and local regulatory standards and is licensed by the R.I. Department of Health and accredited by the Joint Commission on Accreditation of Healthcare Organizations (and other clinical standard organizations as appropriate.)

The patient population is a continuum of ages with varying dynamic complexities of diagnosed and undiagnosed illness and/or injury. The Urgent Care / Walk In Center provides comprehensive, family centered care to all persons who present themselves and request care and treatment under the licensed scope of services for the walk-in and urgent care service.

The center experiences a seasonal increase due to community tourism and events. The patient census averages 10,000 patient visits per year.

The Medical Director of the urgent / walk in care unit is credentialed as a member of the South County Hospital Medical Staff.

Family centered care and treatment occurs via collaborative practice between medical and nursing models of care. Board Certified physicians (who are credentialed members of the hospital staff) participate in and are accountable to the policies and procedures of hospital medical staff to include peer review. The physicians are also credentialed by and have staff privileges at South County Hospital under the Department of Emergency Medicine. An advanced practiced registered nurse and physician's assistant also provide medical care at this facility and are credentialed by the South County Hospital medical staff.

In addition, the health care team utilizes RNs, L.P.N.'s and PCT's. Nursing Staff members are employed by South County Hospital and are accountable to the Department of Nursing. All other staff members are employed by South County Hospital and are accountable to the manager with oversight of practice by their respective clinical departments at the hospital. The center operates under the same policies and procedures, with site specific references. A courier service is provided to link us with the main facility.

There is an on-site medical director and manager who are accountable to South County Hospital Healthcare System's VP of Patient Care Services.

Other services offered within the confines of this facility include Occupational Health Services, Travel Health, Immigration Services offered by certified physician, MRO Services offered by

7

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 2 of 2 |
| | Original Issue Date:<br>Last Revision Date: 2/22/08<br>This Revision Date: 7/09 | |
| **SUBJECT:   SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

certified physician, Out-Patient X-ray Services, Out-Patient laboratory Services and Physical and Occupational Services.

Consultation Services are offered by tenants in Diagnostic Imaging, Mammography, Anticoagulation Clinic, Family Medicine and OB / GYN.

Collectively, the Urgent Care Services and the services offered by South County Hospital work within legislative/regulatory boundaries, community recognized demands for expedient quality care and acknowledges the need for fiscally responsible and culturally competent health care.

# North Kingstown Treatment Center

## Scope of Care

## Policies and Procedures

Reviewed: 09/01/07

*[signature]*

Sherri Zinno, Manager, North Kingstown Treatment Center

Approved:

*[signature]*

Barbara Seagrave, Vice President, Patient Care Services

Eugene McKee, M.D. Medical Director
North Kingstown Treatment Center

# North Kingstown Treatment Center

# Scope of Care
# Policies and Procedures

Reviewed: 7/29/2005

_____
Al Sgambato, Manager, North Kingstown Treatment Center

Approved:

_____
Barbara Seagrave, Vice President, Patient Care Services

_____
Eugene McKee, M.D., Medical Director
North Kingstown Treatment Center

10

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 1 of 2 |
| | Original Issue Date:<br>Last Revision Date: 2/22/08<br>This Revision Date: 7/09 | |
| **SUBJECT: SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

The East Greenwich Urgent Care/ Walk In Center of South County Hospital is a 4 examination room urgent /walk in care facility with services available Monday through Friday from 8:00A.M. to 6:00P.M. and Saturdays from 8:00 to 4:00 P.M. The facility is closed on Sundays and the following holidays: New Year's day, President's Day, Memorial Day, July 4th, Labor Day, Columbus Day, Thanksgiving and Christmas. This facility is operated by the South County Hospital Healthcare System. The building in which these varied services are provided is in compliance with applicable state and local regulatory standards and is licensed by the R.I. Department of Health and accredited by the Joint Commission on Accreditation of Healthcare Organizations (and other clinical standard organizations as appropriate.)

The patient population is a continuum of ages with varying dynamic complexities of diagnosed and undiagnosed illness and/or injury. The Urgent Care / Walk In Center provides comprehensive, family centered care to all persons who present themselves and request care and treatment under the licensed scope of services for the walk-in and urgent care service.

The center experiences a seasonal increase due to community tourism and events. The patient census averages 10,000 patient visits per year.

The Medical Director of the urgent / walk in care unit is credentialed as a member of the South County Hospital Medical Staff.

Family centered care and treatment occurs via collaborative practice between medical and nursing models of care. Board Certified physicians (who are credentialed members of the hospital staff) participate in and are accountable to the policies and procedures of hospital medical staff to include peer review. The physicians are also credentialed by and have staff privileges at South County Hospital under the Department of Emergency Medicine. An advanced practiced registered nurse and physician's assistant also provide medical care at this facility and are credentialed by the South County Hospital medical staff.

In addition, the health care team utilizes RNs, L.P.N.'s and PCT's. Nursing Staff members are employed by South County Hospital and are accountable to the Department of Nursing. All other staff members are employed by South County Hospital and are accountable to the manager with oversight of practice by their respective clinical departments at the hospital. The center operates under the same policies and procedures, with site specific references. A courier service is provided to link us with the main facility.

There is an on-site medical director and manager who are accountable to South County Hospital Healthcare System's VP of Patient Care Services.

Other services offered within the confines of this facility include Occupational Health Services, Travel Health, Immigration Services offered by certified physician, MRO Services offered by

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 1 of 2 |
| | Original Issue Date:<br>Last Revision Date: 2/22/08<br>This Revision Date: 08/11 | |
| **SUBJECT: SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

The East Greenwich Urgent Care/ Walk In Center of South County Hospital is a 4 examination room urgent /walk in care facility with services available Monday through Friday from 8:00A.M. to 6:00P.M. and Saturdays from 8:00 to 4:00 P.M. The facility is closed on Sundays and the following holidays: New Year's day, President's Day, Memorial Day, July 4th, Labor Day, Columbus Day, Thanksgiving and Christmas. This facility is operated by the South County Hospital Healthcare System. The building in which these varied services are provided is in compliance with applicable state and local regulatory standards and is licensed by the R.I. Department of Health and accredited by the Joint Commission on Accreditation of Healthcare Organizations (and other clinical standard organizations as appropriate.)

The patient population is a continuum of ages with varying dynamic complexities of diagnosed and undiagnosed illness and/or injury. The Urgent Care / Walk In Center provides comprehensive, family centered care to all persons who present themselves and request care and treatment under the licensed scope of services for the walk-in and urgent care service.

The center experiences a seasonal increase due to community tourism and events. The patient census averages 10,000 patient visits per year.

The Medical Director of the urgent / walk in care unit is credentialed as a member of the South County Hospital Medical Staff.

Family centered care and treatment occurs via collaborative practice between medical and nursing models of care. Board Certified physicians (who are credentialed members of the hospital staff) participate in and are accountable to the policies and procedures of hospital medical staff to include peer review. The physicians are also credentialed by and have staff privileges at South County Hospital under the Department of Emergency Medicine. An advanced practiced registered nurse and physician's assistant also provide medical care at this facility and are credentialed by the South County Hospital medical staff.

In addition, the health care team utilizes RNs, L.P.N.'s and PCT's. Nursing Staff members are employed by South County Hospital and are accountable to the Department of Nursing. All other staff members are employed by South County Hospital and are accountable to the manager with oversight of practice by their respective clinical departments at the hospital. The center operates under the same policies and procedures, with site specific references. A courier service is provided to link us with the main facility.

There is an on-site medical director and manager who are accountable to South County Hospital Healthcare System's VP of Patient Care Services.

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 1 of 2 |
| | Original Issue Date:<br>Last Revision Date:<br>This Revision Date: 2/22/08 | |
| **SUBJECT: SCOPE OF CARE – North Kingstown Treatment Center** | | |

The Treatment Center of South County Hospital is a 7 examination room urgent care facility with services available Monday through Friday from 8:00A.M. to 6:00P.M. and Saturdays from 8:00 to 4:00 P.M. This facility is operated by the South County Hospital Healthcare System. The building in which these varied services are provided is in compliance with applicable state and local regulatory standards and is licensed by the R.I. Department of Health and accredited by the Joint Commission on Accreditation of Healthcare Organizations (and other clinical standard organizations as appropriate.)

The patient population is a continuum of ages with varying dynamic complexities of diagnosed and undiagnosed illness and/or injury. The Treatment Center provides comprehensive, family centered care to all persons who present themselves and request care and treatment under the licensed scope of services for the walk-in and urgent care service.

The center experiences a seasonal increase due to community tourism and events. The patient census averages 13,000 patient visits per year. (2007)

The Medical Director of the urgent care unit is credentialed as a member of the South County Hospital Medical Staff

Family centered care and treatment occurs via collaborative practice between medical and nursing models of care. Board Certified physicians,( who are credentialed members of the hospital staff) participate in and are accountable to the policies and procedures of hospital medical staff to include peer review. The physicians are also credentialed by and have staff privileges at South County Hospital under the Department of Emergency Medicine.

An advanced practiced registered nurse also provides medical care at this facility. American Nurses Association guidelines, via the acquisition and application of a specialized core body of knowledge and skill, accountability, and responsibility, communication, autonomy, and collaborative relationships with the healthcare team of South County Hospital. In addition the health care team utilizes L.P.N.'s and PCT's. Nursing Staff members are employed by South County Hospital and are accountable to the Department of Nursing. All other staff members are employed by South County Hospital and are accountable to their respective clinical departments at the hospital. The center operates under the same policies and procedures, with site specific references. A courier service is provided to link us with the main facility.

The on-site administrator is accountable to South County Hospital Healthcare System's CEO.

Other services offered within the confines of this facility include Occupational Health Services, Travel Health Information, Immigration Services offered by certified physician, MRO Services offered by certified physician, Out-Patient X-ray Services, Out-Patient laboratory Services, Physical and Occupational Services.

13

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 2 of 2 |
| | Original Issue Date:<br>Last Revision Date: 2/22/08<br>This Revision Date: 7/09 | |
| **SUBJECT: SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

certified physician, Out-Patient X-ray Services, Out-Patient laboratory Services and Physical and Occupational Services.

Consultation Services are offered by tenants in Diagnostic Imaging, Mammography, Anticoagulation Clinic, Family Medicine and OB / GYN.

Collectively, the Urgent Care Services and the services offered by South County Hospital work within legislative/regulatory boundaries, community recognized demands for expedient quality care and acknowledges the need for fiscally responsible and culturally competent health care.

14

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 2 of 2 |
| | Original Issue Date: <br> Last Revision Date: 2/22/08 <br> This Revision Date: 08/11 | |
| **SUBJECT: SCOPE OF CARE – East Greenwich Urgent / Walk In Care Center** | | |

Other services offered within the confines of this facility include Occupational Health Services, Travel Health, Immigration Services offered by certified physician, MRO Services offered by certified physician, Out-Patient X-ray Services, Out-Patient laboratory Services and Physical and Occupational Services.

Consultation Services are offered by tenants in Diagnostic Imaging, Mammography, Anticoagulation Clinic, Family Medicine and OB / GYN.

Collectively, the Urgent Care Services and the services offered by South County Hospital work within legislative/regulatory boundaries, community recognized demands for expedient quality care and acknowledges the need for fiscally responsible and culturally competent health care.

| SOUTH COUNTY HOSPITAL | | |
|---|---|---|
| **NURSING PRACTICE MANUAL** | SECTION: I | Page 2 of 2 |
| | Original Issue Date:<br>Last Revision Date:<br>This Revision Date: 2/22/08 | |
| **SUBJECT:   SCOPE OF CARE – North Kingstown Treatment Center** | | |

Consultation Services are offered by tenants in Wound Care, Anticoagulation Clinic, Podiatry, and Family Medicine.

Collectively, The Treatment Center and the services offered by South County Hospital work within legislative/regulatory boundaries, community recognized demands for expedient quality care, and acknowledges the need for fiscally responsible and culturally competent health care.

16