UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN FRIEDRICH, Individually and as Executor of the Estate of PATRICIA FRIEDRICH and p.p.a. S.F.; and AMY FRIEDRICH | : <br> : <br> : <br> : <br> : |
| v. | :    C.A. No.: 1:14-cv-00353-L-PAS |
| SOUTH COUNTY HOSPITAL HEALTHCARE SYSTEM; JOSEPH P. TURNER, D.O.; JOHN and/or JANE DOE, Alias; and JOHN DOE CORPORATION, Alias | : <br> : <br> : <br> : <br> : |

### DISMISSAL STIPULATION

It is hereby agreed by and between the parties that all claims of the plaintiff against defendant South County Hospital Healthcare System shall hereby be dismissed with prejudice and with no costs to award. All rights of appeal are waived.

*Counsel for Plaintiffs*

_____
Amato A. DeLuca, Esquire [#0531]
Miriam Weizenbaum, Esquire [#5182]
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500  (401) 453-1501 Fax

*Counsel for South County Hospital*

_____
Jeffrey G. Latham, Esquire [#6264]
Alexandra C. Curran, Esquire [#8524]
Tate & Latham, LLC
321 South Main Street, 4th Floor
Providence, RI 02903
(401) 421-7400  (401) 351-3239 Fax

*Counsel for Joseph P. Turner, D.O.*

_____
Michael G. Sarli, Esquire [#2719]
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644  (401) 331-9304 Fax

Date: April 4, 2017

## CERTIFICATION

I hereby certify that on this 21st day of April, 2017 a true copy of the within was filed via the ECF filing system and is available for viewing and downloading by the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Michael G. Sarli, Esquire
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Jeffrey G. Latham